No. 4123.—PÉREZ, aplte., *v.* ESTEVES SOLÁ, apdo.—C. D. San Juan. Dic. 16, 1926. Nulidad de sentencia. Desestimado el recurso a instancia del apelado por no haberse radicado la exposición del caso a pesar de las prórrogas obtenidas ni presentado la transcripción en esta corte.

No. 3943.—SUAU HERMANOS, apltes., *v.* GERENA, apdo.— C. D. Aguadilla. Tercería de bienes muebles. Dic. 16, 1926. Habiendo justificado la parte apelante que el escrito de apelación archivado en la corte inferior el 30 de abril de 1926 lo notificó a la apelada depositando el mismo en el correo el 29 de abril de 1926 bajo pliego certificado, acreditando el pago del franqueo, motivo único en que descansa la moción de desestimación, *se declara* sin lugar la dicha moción y no ha lugar a desestimar el recurso.

No. 4111.—HERNÁNDEZ LINARES, apdo., *v.* RODRÍGUEZ, aplte. —C. D. Arecibo. Dic. 21, 1926. Desestimado el recurso a instancia del apelado vistas las Reglas 42 y 60 de esta corte y el caso de *Bithorn* v. *Zavala,* 18 D.P.R. 476.